UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                              Case No. 8:04-CR-35-T-30EAJ

JULIAN A. BUTLER

    Defendant/Petitioner.
_____/

## AMENDED ORDER

**THIS CAUSE** came on to be considered upon the Petition (Motion) "Seeking Leave to Adopt and or Incorporate by Reference the Claims of Selective Enforcement and Prosecution Under the Capable of Repetition, Yet Evading Review Doctrine and to File in Support Thereof a Memorandum of Law and Appendices" (Dkt. # 48). After a review of the underlying criminal court docket, it is apparent that this petition is barred and no response is needed from the Government.

    The petition is barred in two respects:

    (1)    It raises an issue (selective enforcement and prosecution) which should have been raised by Defendant on direct appeal, but was not, and is therefore now procedurally barred.

    (2)    The petition seeking relief from this Court is time barred under 28 U.S.C. §2255.

    Petitioner Julian A. Butler was sentenced by this Court on July 15, 2004. He took a

direct appeal to the Eleventh Circuit Court of Appeal on July 27, 2004. His appeal was dismissed by the Eleventh Circuit on February 17, 2005, because the ground raised in his appeal (a Booker argument) was waived pursuant to a valid appeal waiver contained in his plea agreement. Petitioner had ninety days, or until May 18, 2005, to seek further relief from the U. S. Supreme Court. Since he did not seek such relief, his one year time period for seeking relief under 28 U.S.C. §2255 began to run on May 18, 2005, and expired May 18, 2006. The petition presently before the Court was not filed until October 24, 2006, and is therefore clearly time barred.

For the foregoing reasons, the petition will be denied.

It is therefore **ORDERED AND ADJUDGED** that the Petition (Motion) "Seeking Leave to Adopt and or Incorporate by Reference the Claims of Selective Enforcement and Prosecution Under the Capable of Repetition, Yet Evading Review Doctrine and to File in Support Thereof a Memorandum of Law and Appendices" (Dkt. # 48) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on December 13, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2004\04-cr-35.petition 48.wpd